UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24622-CIV-GAYLES/WHITE

**GREGORY WOODEN,**

        **Plaintiff,**

v.

**ANDREW F. RIER,**

        **Defendant.**
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge ("Report") [ECF No. 13]. On November 4, 2016, Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. §1983 [ECF No. 1] (the "Complaint"). The matter was referred to Judge White, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 3]. Judge White's Report recommends that the petition be dismissed for failure to state a claim and as frivolous. Petitioner has filed timely objections to the Report [ECF No. 15].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters,*

*L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having conducted a *de novo* review of the record, agrees with Judge White's well-reasoned analysis and recommendations. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1)   Judge White's Report and Recommendation [ECF No. 13] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2)   This action [ECF No. 1] is **DISMISSED** for failure to state a claim and as frivolous; and

(3)   this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of December, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE